**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Kelvin Bernard TYLER, a/k/a Punkin,**
**a/k/a Punk, Defendant–Appellant.**

**No. 12–6369.**

United States Court of Appeals,
Fourth Circuit.

Submitted: June 21, 2012.

Decided: June 26, 2012.

Kelvin Bernard Tyler, pro se. Stacey Denise Haynes, Assistant United States Attorney, Columbia, SC, for Appellee.

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kelvin Bernard Tyler appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) motion for reduction in sentence. We have reviewed the records and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Tyler,* No. 5:04–cr–00964–MBS–1 (D.S.C. Feb. 16, 2012). We deny Tyler's motion for transcripts at government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*